IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )        8:06CR284
                               )
     v.                        )
                               )
ROBERT J. LANDWEJR, SUSAN R.   )        ORDER
LANDWEHR, JACK W. DUKE, JR.,   )
and JOY L. DUKE,               )
                               )
               Defendants.     )
_____)
```

This matter is before the Court on defendant Robert Landwehr's motion to continue trial (Filing No. 30). The defendant has filed a written waiver of speedy trial. The Court notes the other defendants and counsel for plaintiff have no objection. Accordingly,

IT IS ORDERED that defendant Robert Landwehr's motion to continue trial is granted; trial is rescheduled for:

**Monday, January 8, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The health of this defendant and the voluminous records that need to be reviewed in preparation for trial or plea negotiations require continuation of the trial. Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between October 30, 2006, and January 8, 2007, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 24th day of October, 2004.

BY THE COURT:

/s/ Lyle E. Strom
_____
  LYLE E. STROM, Senior Judge
  United States District Court