IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )          8:06CR284
                                )
     v.                         )
                                )
ROBERT J. LANDWEHR, SUSAN R.    )          ORDER
LANDWEHR, JACK W. DUKE, JR.,    )
and JOY L. DUKE,                )
                                )
              Defendants.       )
_____)
```

This matter is before the Court on defendants' motion to continue trial (Filing No. 32). The Court notes defendants will file a written waiver of speedy trial and that counsel for plaintiff has no objection. Accordingly,

IT IS ORDERED that defendants' motion to continue trial is granted; trial is rescheduled for:

**Monday, March 26, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The voluminous records that need to be reviewed in preparation for trial or plea negotiations require continuation of the trial. Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between January 8, 2007, and March 26, 2007, shall be deemed excludable

time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 28th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court