IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR284 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT J. LANDWEHR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court concerning the period of home confinement to which defendant was sentenced. The conditions of home confinement will be revised. Accordingly,

      IT IS ORDERED that defendant shall participate in the home confinement program under electronic monitoring for a period of 6 consecutive months commencing August 3, 2007, or as soon thereafter as can be arranged by the home confinement specialist. The defendant shall comply with the provisions of the Home Confinement Participant Agreement. Costs of the electronic monitoring are waived.

      DATED this 2nd day of August, 2007.

                                         BY THE COURT:

                                         /s/ Lyle E. Strom
                                        _____
                                           LYLE E. STROM, Senior Judge
                                           United States District Court